CXE 18-021914
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
Kristen D. Little - 017411997
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| SALVE J CHIPOLA JR., DEBTOR | CASE NO.: 19-13861-ABA<br>CHAPTER 7 |

### NOTICE OF MOTION TO VACATE THE AUTOMATIC STAY

TO:    Andrew Sklar, Trustee
       1200 Laurel Oak Road
       Suite 102
       Voorhees, NJ 08043

       Salve J Chipola Jr., Debtor
       1405 Mayslanding Road
       Millville, NJ 08332

Nationstar Mortgage LLC d/b/a Mr. Cooper has filed papers with the court requesting relief from the Automatic Stay.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant relief from the Automatic Stay to Nationstar Mortgage LLC d/b/a Mr. Cooper with regard to your property located at Lot 15 Block 86
Commonly Known as 133-135 East Commerce Street a/k/a 133-135 E Commerce Street, Bridgeton, New Jersey 08302 or if you want the court to consider your views on the motion, then on or before
__April 2, 2019_____, you or your attorney must:

File a written response in opposition to this motion explaining your position and send to:

Clerk of the United States Bankruptcy Court
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Charles G. Wohlrab, Esquire
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054

Andrew Sklar, Trustee
1200 Laurel Oak Road
Suite 102
Voorhees, NJ 08043

Additionally, you must attend the hearing scheduled for   April 9, 2019  , at   10:00 am   in Courtroom _____,

United States Bankruptcy Court
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 3/8/19          Signature /s/ Charles G. Wohlrab

  Charles G. Wohlrab, Esquire
  Shapiro & DeNardo, LLC
  14000 Commerce Parkway, Suite B
  Mount Laurel, NJ 08054