CXE 18-021914
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
Kristen D. Little - 017411997
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| SALVE J CHIPOLA JR., DEBTOR | CASE NO.: 19-13861-ABA<br>CHAPTER 7 |

## CERTIFICATION REGARDING CALCULATION OF AMOUNT DUE
## NOTE AND MORTGAGE DATED SEPTEMBER 14, 2017

__Chastity Wilson__ of full age, employed as __Assistant Secretary__ by __Nationstar Mortgage LLC DBA Mr. Cooper__, hereby certifies the following:

Mortgage recorded on October 2, 2017 in Cumberland County, in Book 4158 at Page 2586

Property Address:   133-135 East Commerce Street a/k/a 133-135 E Commerce Street, Bridgeton, New Jersey 08302

Mortgage Holder:   Nationstar Mortgage LLC d/b/a Mr. Cooper

## 1. PAYOFF STATEMENT

| | |
|---|---|
| Unpaid Principal Balance | = $159,701.67 |
| Accrued Interest From 11/1/17 to 2/28/19 | = $9,514.81 |
| (Interest rate= 4.5% per year,$_____ per day x ____Days) | |
| Unearned interest from N/A to N/A: | = $0.00 |
| Per diem interest from N/A to N/A: | =$0.00 |
| Late Charges from _____ to _____ ($____/ mo. X __mos): | =$0.00 |
| Attorney's Fees and Cost | =$531.00 |

Advances Through February 28, 2019 for

| | |
|---|---|
| Escrow Advance: | = $10,198.90 |
| Insurance Premiums: | =$0.00 |
| Corporate Advances: | =$9,064.64 |
| *Sub-Total of Advances:* | =$19,263.54 |
| Less Escrow Monies: | ($0.00) |
| *Net Advances:* | =$19,263.54 |

| | |
|---|---|
| Interest on Advances from N/A to N/A | $0.00 |
| Other Charges (Specify_____) | $0.00 |
| Less unearned interest: | ($0.00) |
| **TOTAL DUE AS OF February 28, 2019;** | **$189,011.02** |

Date of last payment:_____

## II. EQUITY ANALYSIS (When appropriate)

| | |
|---|---|
| Estimated fair market value of real estate as of February 26, 2019 | = $100,000.00 |
| *Source: Petitoin (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.) | |
| Liens on the real estate: | |
|    1. Escrow Advance as of February 28, 2019 | = $10,198.90 |
|    2. Subject Mortgage (principal and interest), as of February 28, 2019 | = $169,216.48 |
|    3. 10% of Property Value | = $10,000.00 |
| TOTAL LIENS | = $189,415.38 |
| APPARENT EQUITY AS OF February 28, 2019 | = $0.00 |

I certify under penalty of perjury that the above is true.

Date: March 7, 2019    Signature *Chastity Wilson*
Chastity Wilson
Assistant Secretary of
Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant